UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-00439-REB-BNB

VICKIE THURLOW,

    Plaintiff,

v.

ENCORE RECEIVABLE MANAGEMENT, INC., a Kansas corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, Judge**

    The parties filed a **Stipulation of Dismissal with Prejudice** [#21] on June 22, 2006. After a careful review of the stipulation and the file, the court concludes that the stipulation should be approved and that the case should be dismissed with prejudice.

    **THEREFORE IT IS ORDERED** as follows:

    1. That the parties' **Stipulation of Dismissal with Prejudice** [#21] filed on June 22, 2006, **IS APPROVED**; and

    2. That this case is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated: June 28, 2006, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**

**United States District Judge**